Filed 11/25/24  P. v. Taylor CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>   Plaintiff and Respondent,<br><br>v.<br><br>LEROY TAYLOR,<br><br>   Defendant and Appellant. | 2d Crim. No. B335927<br>(Super. Ct. No. 23 PT-00761)<br>(San Luis Obispo County) |

Leroy Taylor appeals from the trial court's order committing him for continued treatment as an offender with a mental health disorder (OMHD).  (Pen. Code,[1] § 2960 et seq.)

A jury convicted appellant of assault with a deadly weapon and criminal threats in 2021.  (§§ 245, subd. (a)(1), 422, subd. (a).)  The trial court sentenced him to nine years in prison.  The Board of Parole Hearings later determined appellant met the criteria for continued treatment as an OMHD.  Appellant filed a petition contesting that determination.  (§ 2966, subd. (c).)  He

_____

[1] Statutory references are to the Penal Code.

waived his right to a jury. The court denied the petition and committed appellant to Atascadero State Hospital (ASH). He appealed.

We appointed counsel for appellant. After an examination of the record, counsel filed an opening brief on August 28, 2024, raising no arguable issues and requested that we follow the procedures set forth in *Conservatorship of Ben C.* (2007) 40 Cal.4th 529 and *People v. Taylor* (2008) 160 Cal.App.4th 304 (*Taylor*). Counsel notified appellant by letter of his right to file his own brief raising any issues he wished this court to consider. The letter, counsel's brief, and the non-confidential record on appeal were returned to counsel with a notation that appellant was no longer a patient at ASH. Counsel was informed appellant was discharged fully on August 2, 2024. He left counsel no forwarding address and his location is currently unknown.

Appointed counsel having found no arguable issues and appellant having filed no supplemental brief, dismissal is appropriate pursuant to *Taylor*, *supra*, 160 Cal.App.4th at page 313. The appeal is dismissed.

NOT TO BE PUBLISHED.


                                        CODY, J.

We concur:



GILBERT, P. J.



YEGAN, J.

2

Rita Federman, Judge
Superior Court County of San Luis Obispo

_____

Christian C. Buckley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.